```
                      UNITED STATES DISTRICT COURT

                     CENTRAL DISTRICT OF CALIFORNIA


OSCAR NAVARRO,                    ) Case No. CV 09-0445-DMG(RC)
                                  )
              Petitioner,         )
                                  ) (1) ORDER ADOPTING REPORT AND
vs.                               ) RECOMMENDATION OF UNITED STATES
                                  ) MAGISTRATE JUDGE; AND
CLARK KENT, Warden,               ) (2) ORDER DENYING CERTIFICATE
                                  ) OF APPEALABILITY
              Respondent.         )
_____)
```

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition and other papers along with the Report and Recommendation of Honorable Rosalyn M. Chapman, United States Magistrate Judge, and has made a *de novo* determination.

IT IS ORDERED that: (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the petition for writ of *habeas corpus* and dismissing the action with prejudice.

//
//

This Court finds an appeal would not be taken in good faith, and that petitioner has not made a substantial showing that he has been denied a constitutional right, for the reasons set forth in the Report and Recommendation of the United States Magistrate Judge. Accordingly, a certificate of appealability is denied under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b). <u>Slack v. McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation, and Judgment by the United States mail on petitioner.

DATED: December 29, 2010

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE