UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


OSCAR NAVARRO,           ) Case No. CV 09-0445-DMG(RC)
                       )
          Petitioner,  )
                       ) JUDGMENT
vs.                         )
                       )
CLARK KENT, Warden,     )
                       )
          Respondent.  )
_____)

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,


    IT IS ADJUDGED that the petition for writ of *habeas corpus* is denied and the action is dismissed with prejudice.

DATED:   December 29, 2010

                     _____
                          DOLLY M. GEE
                 UNITED STATES DISTRICT JUDGE